**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Darryl L. WILSON and Sammy Armstead, Defendants–Appellants.**

**Nos. 04–1594, 04–1999.**

United States Court of Appeals, Seventh Circuit.

Argued Feb. 6, 2007.

Decided Dec. 26, 2007.

John R. Lausch, Jr., Christopher Veatch, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Adam B. Goodman, Lovells, Chicago, IL, Demitrus Evans, Westchester, IL, for Defendants–Appellants.

Before Hon. MICHAEL S. KANNE, Circuit Judge, Hon. DIANE P. WOOD, Circuit Judge, Hon. ANN CLAIRE WILLIAMS, Circuit Judge.

## ORDER

On March 16, 2007, we ordered a limited remand of Darryl Wilson's and Sammy Armstead's cases under *United States v. Paladino*, 401 F.3d 471 (7th Cir.2005). *See* 481 F.3d 475. The district court has indicated that it would be inclined to resentence Wilson now that it knows the Sentencing Guidelines are advisory rather than mandatory. We therefore VACATE Wilson's sentence and REMAND for a new sentencing hearing. As to Armstead, we will await word from the district court whether it would be similarly inclined to resentence him.